MARJORIE CULKIN, Respondent, v. CARLTON ROWLEE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the

Court of Appeals denied. Certified copy of order of affirmance contained in remittitur amended by striking out the name of Lewis, J., from the list of justices sitting in the determination of this appeal. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.